# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 17-158 (JRT/BRT) |
| Plaintiff, | |
| v. | |
| John Edwin Kuhnel, | **ORDER** |
| Defendant. | |

On July 2, 2019, the Court set Defendant's deadline to submit his supplemental brief at July 30, 2019. (Doc. No. 172.) The Court has now received Defendant's Motion for Extension of Time to File Supplemental Briefing requesting that this deadline be extended to August 15, 2019. (Doc. No. 177.) In light of the circumstances described therein, there is good cause to grant Defendant's request for additional time to file his supplemental briefing.[1]

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Extension of Time to File Supplemental Briefing (Doc. No. 177), is **GRANTED**; and

2. Defendant's supplemental brief is due on August 15, 2019.

---

[1] Defendant's proposed extension for supplemental briefing is adopted. The Court notes that Defendant's Motion has already been briefed and a hearing was held. Defendant must work with his standby counsel to meet the August 15, 2019 deadline if he wishes to present a supplemental brief.

Date: July 30, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge